IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ADRIAN FULLER,

    Petitioner,                    No. CIV S-10-0660 FCD EFB P

    vs.

RICK HILL, Warden,

    Respondent.                 ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. However, petitioner has commenced this action in the wrong district.

    Petitioner was convicted in the Sonoma County Superior Court, but is confined at Folsom State Prison in Represa, California. Although this court and the United States District Court in the district where petitioner was convicted both have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction, *Id.* at 499 n. 15; 28 U.S.C. § 2241(d).

    Therefore, respondent's motion to transfer the case (Docket No. 13) is granted. The court takes no action on petitioner's requests for default judgment (Docket No. 14) and for a

1

1 telephone conference (Docket No. 16) and transfers this action to the United States District
2 Court for the Northern District of California.  28 U.S.C. § 84; 1404(a).
3     Accordingly, it is ORDERED that this action is transferred to the United States District
4 Court for the Northern District of California.
5 Dated:  November 2, 2010.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE